**Order entered January 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00962-CR**
**No. 05-18-00963-CR**

**RANDAL BERNADO ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-25417-R & F08-25425-R**

## ORDER

Before the Court is appellant's January 2, 2019 second motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief filed no later than **February 4, 2019**. Appellant is cautioned that the failure to file a brief by that date may result in these appeals being abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    LANA MYERS
       JUSTICE